| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JESSIE GLENN HARDIN, §
　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　§
versus §　　CIVIL ACTION NO. 1:20-CV-349
　　　　　　　　　　　　　§
LEBLANC UNIT, §
　　　　　　　　　　　　　§
　　　　　Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jessie Glenn Hardin, proceeding *pro se*, filed this lawsuit. The court referred the case to the Honorable Keith F. Giblin, United States Magistrate Judge, pursuant to 28 U.S.C. § 636. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice for lack of jurisdiction.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the Report and Recommendation are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. An appropriate final judgment will be entered.

Signed this date
Dec 24, 2020

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE